# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                               NO. 4:11CR00162-001 SWW

ROBERT SHIPP

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant Robert Shipp pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED that the government's motion to dismiss indictment [doc #22] against the above-named defendant be **GRANTED**, and the indictment pending against defendant Robert Shipp is ***dismissed without prejudice***.

DATED this 15th day of December 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE